**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  12-00268-14-CR-W-DGK |
| | ) | |
| STEPHANIE JO CAIN, | ) | |
| | ) | |
| Defendant. | ) | |

**ACCEPTANCE OF PLEA OF GUILTY AND**
**ADJUDICATION OF GUILT**

Pursuant to the Amended Report and Recommendation of the United States Magistrate Judge

(Doc. 355), to which there has been no timely objection, the plea of guilty by the Defendant to the

lesser included offense in Count One and to Count Two of the Superseding Indictment filed on

December 12, 2012, is now accepted and the Defendant is adjudged guilty of such offenses.

Sentencing will be set by subsequent order of the Court.


   /s/ Greg Kays               
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT


Dated:  June 16, 2014